UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GREEN BAY DIVISION

HILARIO TENOPALA HERNANDEZ &
ARMANDO PEREZ ZARATE,

        Plaintiffs,        Case No. 19-cv-1093

   v.

LAUER FARMS INC. & MICHAEL LAUER

        Defendants.

**(Proposed) ORDER**

The Court has reviewed and considered the terms of the parties' Settlement and Release Agreement and the parties' Joint Motion for Approval of Settlement and FLSA Fairness Determination.

It is hereby **ORDERED** that:

The court **APPROVES** the terms of the parties' Settlement and Release Agreement as a fair and reasonable resolution of a bona fide dispute regarding unpaid minimum wages under the Fair Labor Standards Act.

SO ORDERED this ____ day of _____ 2019.

                                              _____
                                              William C. Griesbach, Chief Judge
                                              United States District Court