UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HILARIO TENOPALA HERNANDEZ &
ARMANDO PEREZ ZARATE,

        Plaintiffs,

   v.                                  Case No. 19-C-1093

LAUER FARMS INC. & MICHAEL LAUER,

        Defendant.

## ORDER

The court has been advised by counsel that a settlement has been reached in this action. The court has reviewed and considered the terms of the parties' Settlement and Release Agreement and the parties' Joint Motion for Approval of Settlement and FLSA Fairness Determination. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

It is hereby **ORDERED** that the court **APPROVES** the terms of the parties' Settlement and Release Agreement as a fair and reasonable resolution of a bona fide dispute regarding unpaid minimum wages under the Fair Labor Standards Act.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this order, counsel shall file a motion to dismiss this cause or a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to

prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

Dated this   30th   day of September, 2019.

s/ William C. Griesbach  
William C. Griesbach, Chief Judge  
United States District Court