IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

GREEN BAY DIVISION

**Hilario Tenopala Hernandez &**
**Armando Perez Zarate,**

          Plaintiffs,                             Case No. 1:19-cv-1093

      v.

**Lauer Farms Inc. & Michael Lauer**

          Defendants.

**Stipulated Dismissal**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties, by their

attorneys, stipulate to the dismissal of the above action with prejudice. Other than as provided in

their settlement agreement, each party will bear its own attorneys' fees and costs.

Respectfully submitted this 14 of October 2019

By: s/ Erica Sweitzer-Beckman
SBN 1071961
Attorney for Plaintiffs
Legal Action of Wisconsin
744 Williamson Street, Suite 200
Madison WI 53703
Telephone: 608-256-3304 x 2019
Fax: 608-656-0510
E-mail: elb@legalaction.org

By: s/Robyn Blader
SBN 1026146
Attorney for Defendants
Blader Law Office, LLC
PO Box 239
405 W Main Street
Wautoma WI 54982
Telephone: (920) 787-4623
Fax: (920) 787-2729
E-mail bladerlaw@bladerlaw.com